# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES KENNETH WARD,<br><br>Defendant. | CR 17-06-H-SEH<br><br>ORDER |

The Court conducted a telephonic conference call with counsel on April 22, 2020, to discuss the manner of appearance of the Defendant at the hearing on Defendant Ward's Opposed Motion to Dismiss set for May 12, 2020, at 11:00 a.m. Upon consent of the parties,

ORDERED:

Counsel for the parties and the Defendant shall appear in person at the Paul G. Hatfield Courthouse, Courtroom I, Helena, Montana, at 11:00 a.m. on May 12, 2020.

The clerk shall promptly notify counsel and the United States Marshals Service of the entry of this Order.

DATED this 22nd day of April, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge