# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 17-06-H-SEH |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| JAMES KENNETH WARD, | |
| Defendant. | |

Upon the record made in open Court,

ORDERED:

Defendant Ward's Opposed Motion to Dismiss[1] is DENIED.

DATED this 12th day of May, 2020.

SAM E. HADDON
United States District Judge

---

[1] Doc. 15.