IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-17-06-H-BMM |
| Plaintiff, | |
| vs. | ORDER |
| JAMES KENNETH WARD, | |
| Defendant. | |

Upon the United States' motion, and for good cause shown,

IT IS ORDERED that a status conference shall take place on June 18, 2020, at 4:00 p.m.  The call-in information is as follows: 877-402-9753; Access Code: 5136505.

DATED this 17thday of June, 2020.

_____
Brian Morris, Chief District Judge
United States District Court

1