IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES KENNETH WARD,<br><br>Defendant. | CR 17-6-H-BMM<br><br><br><br>ORDER |

Upon the motion of the United States, and for good cause shown,

IT IS ORDERED that the motion to redact the names of unindicted co-conspirators is GRANTED. IT IS FURTHER ORDRED that the original indictment (Doc. 4.) is SEALED. The Clerk of Court shall file the redacted indictment, which was attached to the United States' motion.

DATED this 12th day of August, 2020.

_____
Brian Morris, Chief District Judge
United States District Court